# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE FLOYD STANKEWITZ,<br><br>           Petitioner,<br><br>     v.<br><br>A. SCRIBNER,<br><br>           Respondent._____/ | CV F   06-0275 OWW DLB HC<br><br>ORDER TO SHOW CAUSE WHY STAY SHOULD NOT BE VACATED; RESPONSE DUE WITHIN TWENTY DAYS FROM THE DATE OF SERVICE |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

   On October 10, 2006, the Court granted a stay of the petition pending exhaustion in the state courts. Petitioner was directed to file a status report every ninety days. Petitioner filed his first status report on November 15, 2006, and a second status report on February 20, 2007. (Court Docs. 11, 12.) Petitioner filed subsequent status reports on February 23, 2007 and February 28, 2007. (Court Docs. 13, 14.)

   In reviewing the status reports filed in February of this year, it appears that Petitioner has filed motions in both the Fresno County Superior Court and Fifth District Court of Appeal in an attempt to obtain a court order to receive certain exhibits.

   It has been over ninety days since the last status report and Petitioner has failed to comply with the Court's October 10, 2006, order to file a further status report. Accordingly, within

twenty (20) days from the date of service of this order, Petitioner shall show cause why the stay should not be vacated.

IT IS SO ORDERED.

Dated: **June 12, 2007**         /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

2